

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KAM MING CHIN<br><br>        Defendant. | 2:99-CR-508-RLH-RJJ |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#139), sentencing having been imposed on August 31, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: MONTE CARLO HOTEL AND CASINO
    Amount of Restitution: $8,000.00

    Name of Payee: CAESARS PALACE
    Amount of Restitution: $8,000.00

    Name of Payee: HARRAHS HOTEL AND CASINO
    Amount of Restitution: $8,000.00

    Name of Payee: SHERATON DESERT INN
    Amount of Restitution: $6,000.00

Name of Payee: RIVIERA HOTEL & CASINO
Amount of Restitution: $8,000.00

**Total Amount of Restitution ordered: $38,000.00\*\***

\*\*Joint and several with co-defendants Jian Guang Zhao, Norman Niandong Lui, Zi Xiang Zhen and Steven Kwonghun Lok

Dated this _21_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE